748

OCTOBER 13, 1947.

*Per Curiam Decisions.*

No. 21. BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN, LOCAL LODGE No. 926, ET AL. *v.* TOLEDO, PEORIA & WESTERN RAILROAD ET AL.; and

No. 42. FARMERS GRAIN Co. ET AL. *v.* BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN, LOCAL LODGE No. 926, ET AL. 

*Per Curiam:*
The judgment of the Circuit Court of Appeals is vacated and the cases are remanded to the District Court with directions to dismiss the complaint as moot, on motion of the respondent, Toledo, Peoria & Western Railroad, it appearing that counsel for the Brotherhood of Locomotive Firemen and Enginemen et al. agree that the cause is moot. *Louis F. Knoblock, Harold C. Heiss* and *Russell B. Day* for petitioners in No. 21. *John E. Cassidy* for the Farmers Grain Co. et al., petitioners in No. 42 and respondents in No. 21. *Guy A. Gladson, George W. Ott* and *Donald A. Morgan* for the Toledo, P. & W. R. Co., respondent in Nos. 21 and 42. 

No. 76. GRENZ *v.* STATE OF WASHINGTON. 

*Per Curiam:*
The appeal is dismissed for failure to comply with Rule 12 of the Rules of this Court.